### NATIONAL LABOR RELATIONS BOARD, Petitioner,

v.

### YOUNG MOVERS, INC., Respondent.

### No. 80–1575.

United States Court of Appeals,
Sixth Circuit.

Nov. 17, 1980.

Elliott Moore, Deputy Associate Gen. Counsel, N. L. R. B., Washington, D. C.,

---

Emil C. Farkas, Director, Region 9, N. L. R. B., Cincinnati, Ohio, for petitioner.

Bill Sharpe, General Manager, Cincinnati, Ohio, for respondent.

## JUDGMENT ENFORCING AN ORDER OF THE NATIONAL LABOR RELATIONS BOARD

Before LIVELY, Circuit Judge, and PHILLIPS and PECK, Senior Judges.

This cause was submitted upon the application of the National Labor Relations Board for summary entry of a judgment against Respondent, Young Movers, Inc., its officers, agents, successors, and assigns, enforcing its order dated August 8, 1979, in Case No. 9–CA–13140, and the Court having considered the same, it is hereby

ORDERED AND ADJUDGED by the Court that Respondent, Young Movers, Inc., its officers, agents, successors, and assigns, shall abide by said order

## ORDER

The Respondent Young Movers, Inc., Cincinnati, Ohio, its officers, agents, successors and assigns, shall:

1. Cease and desist from:

(a) Telling employees that they were not permitted to return to work because they had engaged in a concerted refusal to work.

(b) Telling employees that Respondent's doors were locked and the employees must leave the Respondent's premises because the employees had engaged in a concerted refusal to work.

(c) Discharging employees and refusing to reinstate them because they engaged in or supported concerted activities for protesting matters concerning their wages, hours of work, working conditions, and other terms and conditions of employment.

(d) In any other manner interfering with, restraining, or coercing employees in the exercise of their rights guaranteed under Section 7 of the Act.

2. Take the following affirmative action which is necessary to effectuate the policies of the Act:

(a) Make whole employees Harold Schubert, Mary Jo Schubert, James Warr, Richard Pauley, James Fred Rhoden, Mark Michael Rhoden, Charles Terry Wagner, James O'Neal and Bobby Taylor, in the manner set forth in the section of this Decision entitled "The Remedy," for any loss of earnings incurred by each of them as a result of their discharge on October 23, 1978.

(b) If the Respondent is presently in business or, if the Respondent is no longer doing business, returns to the active conduct of its business, offer to each of the nine said employees immediate and full reinstatement to his or her former position or, if the position no longer exists, to a substantially equivalent position, without prejudice to the seniority or other rights and privileges previously enjoyed.

(c) Preserve and, upon request, make available to the Board and its agents, for examination and copying, all payroll records, social security payment records, timecards, personnel records and reports, and all other records necessary to ascertain the backpay due under the terms of this Order.

(d) If the Respondent is presently in business or, if it is no longer doing business, returns to the active conduct of its business, post at its place of business copies of the attached notice marked "Appendix."[1] Immediately upon receipt of said notice, on forms to be provided by the Regional Director of Region 9, the Respondent shall cause the copies to be signed by one of its authorized representatives and posted, the posted copies to be maintained for a period of 60 consecutive days thereafter in conspicuous places, including all places where notices to employees are customarily posted.

1. In the event that the Board's Order is enforced by a Judgment of a United States Court of Appeals, the words in the notice reading "POSTED BY ORDER OF THE NATIONAL LABOR RELATIONS BOARD" shall be changed to read "POSTED PURSUANT TO A JUDGMENT OF THE UNITED STATES COURT OF APPEALS ENFORCING AN ORDER OF THE NATIONAL LABOR RELATIONS BOARD."

Reasonable steps shall be taken by the Respondent to insure that said notices are not altered, defaced, or covered by any other material.

(e) Notify the Regional Director for Region 9, in writing, within 20 days from the date of this Order, what steps the Respondent has taken to comply herewith.

APPENDIX

# NOTICE TO EMPLOYEES

[SEAL]                                                        [SEAL]

POSTED PURSUANT TO A JUDGMENT OF THE UNITED STATES COURT OF APPEALS–ENFORCING AN ORDER OF THE NATIONAL LABOR RELATIONS BOARD

**AN AGENCY OF THE UNITED STATES GOVERNMENT**

THE NATIONAL LABOR RELATIONS BOARD HAVING FOUND, AFTER A TRIAL, THAT WE VIOLATED THE NATIONAL LABOR RELATIONS ACT, WE HEREBY NOTIFY YOU THAT:

WE WILL NOT discharge you or threaten to discharge you because you engage or support concerted employee activities protesting matters concerning your wages, hours of work, working conditions, and other terms and conditions of employment.

WE WILL NOT tell you that you are not permitted to return to work because you had engaged in concerted refusals to work.

WE WILL NOT tell you that our doors are locked and that you must leave our premises because you had engaged in a concerted refusal to work.

WE WILL NOT in any other manner interfere with, restrain, or coerce you in the exercise of your right to self-organization, to form, join, or assist labor organizations, to bargain collectively through representatives of your own choosing, to engage in concerted activities for the purpose of collective bargaining or other mutual aid or protection, or to refrain from any or all such activities.

Because the Board found that we unlawfully discharged employees HAROLD SCHUBERT, MARY JO SCHUBERT, JAMES WARR, RICHARD PAULEY, JAMES FRED RHODEN, MARK MICHAEL RHODEN, CHARLES TERRY WAGNER, JAMES O'NEAL and BUDDY TAYLOR on October 23, 1978, WE WILL offer each of them his or her former job, or, if that position is no longer available, a substantially equivalent position, without prejudice to their seniority or other rights and privileges previously enjoyed, and WE WILL make them whole for any loss of earnings

thay may have suffered as a result of our unlawful action against them, plus interest.

YOUNG MOVERS, INC.
(Employer)

Dated _____ By _____
                     (Representative)         (Title)

**THIS IS AN OFFICIAL NOTICE AND MUST NOT BE DEFACED BY ANYONE**

This notice must remain posted for 60 consecutive days from the date of posting and must not be altered, defaced, or covered by any other material. Any questions concerning this notice or compliance with its provisions may be directed to the Board's Office, Federal Office Building – Rm. 3003, 550 Main St., Cincinnati, OH. 45202. (Tel. No. 513–684–3663).